UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **YEIMI DAMARI GALINDO MADRID,** | § § § | |
| *Petitioner,* | § § | |
| v. | § § | |
| **MATTHEW G. WHITAKER,** *in his* *official capacity as Acting Attorney General of the United States;* **KIRSTJEN NIELSEN,** *in her official capacity as Secretary of U.S. Department of Homeland Security;* **MARC J. MOORE,** *in his official capacity as Acting El Paso Field Office Director for U.S. Immigration and Customs Enforcement;* **and U.S. DEPARTMENT OF HOMELAND SECURITY,** | § § § § § § § § § § § § | **EP-18-CV-00393-DCG** |
| *Respondents.* | § | |

## ORDER REQUIRING RESPONDENTS TO FILE A RESPONSE

On this day, the Court considered Petitioner Yeimi Damari Galindo Madrid's "Petition for Writ of Habeas Corpus" (ECF No. 1) filed on December 28, 2018, in the above-captioned matter. Therein, Petitioner seeks immediate release from custody, alleging that she is being unlawfully detained at the El Paso Processing Center in El Paso, Texas.

Accordingly, **IT IS HEREBY ORDERED** that Respondents **SHALL FILE** a response to the Petition by no later than **February 1, 2019**.

**IT IS FURTHER ORDERED** that Petitioner **MAY FILE** a reply to Respondents' response, provided that the reply is filed no later than **fourteen (14) days** after the date of service of the response.

**IT IS MOREOVER ORDERED** that Respondents, their agents, or anyone else acting on their behalf **SHALL NOTIFY** the Court before taking any action to transfer Petitioner outside of the Western District of Texas.

**IT IS FINALLY ORDERED** that the District Clerk **SHALL FURNISH** the Office of the United States Attorney in El Paso, Texas, with copies of the Petition (ECF No. 1) and the instant Order, and such delivery shall constitute sufficient service of process.

So ORDERED and SIGNED this 3rd day of January 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE